# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WORLEY, | ) 1:06 at 306 DLB |
| | ) 1:06 cv 0950 OWW SMS |
| | ) |
| | ) ORDER DENYING PLAINTIFF'S |
| Plaintiff, | ) APPLICATION TO PROCEED IN FORMA |
| | ) PAUPERIS AND ORDERING PLAINTIFF TO |
| v. | ) PAY THE $350.00 FILING FEE WITHIN |
| | ) FIFTEEN DAYS |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) (Document 4) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff Roger Worley filed the instant appeal of his denial of Social Security benefits on July 12, 2006.

Plaintiff also filed an application to proceed in forma pauperis.  An examination of his application reveals that Plaintiff is able to afford the costs of this action.  Plaintiff receives a pension that covers his medical insurance, and has $7,000.00 in his savings account.

Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.  Plaintiff is ORDERED to pay the $350.00 filing fee within fifteen (15) days of the date of service of this order.  Failure to follow this order may result in the action be dismissed pursuant to Local Rule 11-110.


IT IS SO ORDERED.

**Dated:    July 26, 2006**               _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE

1