**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Roger C. Worley

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER C. WORLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:06- CV-00950 OWW SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on March 14, 2007, and is therefore requesting that Plaintiff shall have until April 14, 2007 in which to file his opening brief.

Dated: March __14__, 2007        /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, Roger C. Worley

Dated: March __14__, 2007         /s/ Amita Baman Tracy
_____
Amita Baman Tracy
Assistant Regional Council

IT IS SO ORDERED.

Dated: 3/15/2007

 /s/ Sandra M. Snyder_____
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge