**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Roger C. Worley

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER C. WORLEY,<br><br>   Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>   Defendant. | 1:06- CV-00950 OWW SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

  Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on April 14, 2007, and is therefore requesting that Plaintiff shall have until May 16, 2007 in which to file his opening brief.

Dated: April __13__, 2007   /s/ Robert Ishikawa
               _____
               ROBERT ISHIKAWA
               Attorney for Plaintiff, Roger C. Worley

Dated: April __13__, 2007   /s/ Amita Baman Tracy
               _____
               Amita Baman Tracy
               Assistant Regional Council

IT IS SO ORDERED.


Dated: 4/13/2007

               /s/ Sandra M. Snyder
               THE HONORABLE SANDRA M. SNYDER
               United States Magistrate Judge