**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Roger C. Worley

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER C. WORLEY, ) | 1:06- CV-00950 OWW SMS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on May 16, 2007, and is therefore requesting that Plaintiff shall have until June 16, 2007 in which to file his opening brief.

Dated: May  16 , 2007        /s/ Robert Ishikawa
                             _____
                             ROBERT ISHIKAWA
                             Attorney for Plaintiff, Roger C. Worley

Dated: May  16 , 2007        /s/ Amita Baman Tracy
                             _____
                             Amita Baman Tracy
                             Assistant Regional Council

IT IS SO ORDERED.

Dated:  5/16/2007

                              /s/ Sandra M. Snyder
                             THE HONORABLE SANDRA M. SNYDER
                             United States Magistrate Judge

1