**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Roger C. Worley

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER C. WORLEY,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:06- CV-00950 OWW SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on June 16, 2007, and is therefore requesting that Plaintiff shall have until July 16, 2007 in which to file his opening brief.

Dated: June __18__, 2007          /s/ Robert Ishikawa
                                  _____
                                  ROBERT ISHIKAWA
                                  Attorney for Plaintiff, Roger C. Worley

Dated: June __18__, 2007          /s/ Mary P. Parnow
                                  _____
                                  Mary P. Parnow
                                  Assistant Regional Council

IT IS SO ORDERED.

Dated:  May 18, 2007

    /s/ Sandra M. Snyder
_____
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge