McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ROGER WORLEY,          ) | CIVIL NO. 1:06-CV-00950 OWW SMS |
|     Plaintiff,          ) | |
|                ) | STIPULATION AND ORDER TO EXTEND TIME |
|        v.          ) | |
| MICHAEL J. ASTRUE,          ) | |
| Commissioner of          ) | |
| Social Security,          ) | |
|     Defendant.          ) | |

      The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from August 10, 2007 to September 13, 2007.

      This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                           Respectfully submitted,

Dated: August 6, 2007              /s/ Robert Ishikawa
                                           (As authorized via facsimile)
                                           ROBERT ISHIKAWA
                                           Attorney for Plaintiff

Dated: August 6, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Mary P. Parnow
MARY P. PARNOW
Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  8/16/2007

/s/ Sandra M. Snyder

THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge