McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER C. WORLEY,  )<br>        )<br>        Plaintiff,  )<br>        )<br>    v.  )<br>        )<br>MICHAEL J. ASTRUE[1],  )<br>Commissioner of  )<br>Social Security,  )<br>        )<br>        Defendant.  )<br>_____ ) | CIVIL NO. 1:06-CV-00950 OWW (SMS)<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

record, that this action be remanded to the Commissioner of Social Security for further administrative

action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

four.

///

_____

        [1]  Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore,
be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action
need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security
Act, 42 U.S.C. § 405(g).

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to: further consider Claimant's residual functional capacity and reconsider the medical opinions and assessments of record.  The ALJ will then obtain supplemental vocational expert testimony to assist in determining what jobs exist in significant numbers for Claimant given his age, education, vocational factors and physical residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the  final decision of the Commissioner.

Respectfully submitted,


Dated: August 29, 2007                        /s/ Robert Ishikawa_____
                                               (As authorized via facsimile)
                                               ROBERT ISHIKAWA
                                               Attorney for Plaintiff

Dated: August 29, 2007                        McGREGOR W. SCOTT
                                               United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration


                                               /s/ Mary P. Parnow_____
                                               MARY P. PARNOW
                                               Special Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   August 30, 2007**            _____**/s/ Oliver W. Wanger**_____
                                               UNITED STATES DISTRICT JUDGE