McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARY P. PARNOW
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: mary.parnow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER C. WORLEY,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-cv-00950 OWW-SMS<br><br>STIPULATION AND ORDER AWARDING<br>EAJA ATTORNEY FEES |

      IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS AND NO CENTS ($4,900.00).  This amount represents compensation for all legal services rendered on behalf of plaintiff by his attorney in connection with this civil action for services performed before the district court, in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of defendant under the EAJA.  Payment of FOUR THOUSAND NINE HUNDRED DOLLARS AND NO CENTS ($4,900.00) shall constitute a

complete release from and bar to any and all claims plaintiff may have relating to EAJA attorney fees and costs in connection with this action.  This award is without prejudice to the rights of plaintiff's counsel to seek attorney fees under Section 206 of the Social Security Act, 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

                                      Respectfully submitted,

Dated: November 1, 2007        /s/ Robert Ishikawa
                                      (As authorized via facsimile)
                                      ROBERT ISHIKAWA
                                      Attorney for Plaintiff

Dated: November 1, 2007        McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                        /s/ Mary P. Parnow
                                      MARY P. PARNOW
                                      Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 5, 2007**        **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE